**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSE A. TANTAU** **PLAINTIFF**
**#253521**

**v.** **Case No. 4:26-cv-00413-LPR-BBM**

**BALWIN, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed on his failure-to-protect claims against Deputy Graggs and Officer Balwin in their individual capacities.

2. Plaintiff's property-deprivation claim against Deputy Lemons and official-capacity claims against all Defendants are DISMISSED without prejudice for failure to state a claim for relief.

3. The Clerk is directed to terminate Deputy Lemons as a party Defendant.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The Court emphasizes that, as to the claims being allowed to proceed, a strong motion to dismiss and adversarial briefing could easily change the Court's mind here as to whether any viable claims have been stated. The Court's decision to allow the failure-to-protect claims past screening is made out of an abundance of caution.